*E-Filed 03/16/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTEO RIOS, | No. C 09-05499 RS |
| Plaintiff, | |
| v. | **ORDER** |
| J.R. WEST, INC., | |
| Defendant. | |

The Case Management Conference scheduled for March 25, 2010 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA is hereby **vacated**. Plaintiff's request for default was entered on March 03, 2010. Plaintiff must file a motion for default judgment on or before March 25, 2010.

**IT IS SO ORDERED.**

Dated: 03/16/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE