*E-Filed 05/14/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTEO RIOS,<br><br>             Plaintiff,<br>    v.<br><br><br><br>J.R. WEST, INC., d/b/a JOHNNY ROCKETS, and DOES 1-100,<br><br>             Defendants.<br>_____/ | No. C 09-05499 RS<br><br>**ORDER WITHDRAWING ENTRY OF DEFAULT** |

      Plaintiff Aristeo Rios filed a complaint against defendant J.R. West, Inc., d/b/a Johnny Rockets ("West"), on November 19, 2009, claiming, among other things that West had violated the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*.  West failed to respond, and plaintiff obtained entry of default on March 4, 2010.  He then filed a motion for default judgment, which was heard on May 6, 2010.  West did not appear at the hearing.  In response to a question from the Court, however, Rios has now filed a supplemental brief conceding that service of the original complaint

and summons was inadequate.  Consequently, he withdraws his motion for default judgment and also requests that entry of default be vacated.

The Clerk's entry of default is hereby withdrawn.  Should Rios wish to pursue this lawsuit, he must accomplish service of process in compliance with Rule 4.

IT IS SO ORDERED.

Dated: 05/14/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-02069 RS
ORDER

2