1 ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
2 12 South First Street, Suite 708
San Jose, CA 95113
3 Tel: (408) 844-4010
Fax: (408) 416-0248
4
Attorney for Plaintiff
5
THERESA M. TORO, Bar No. 271022
6 Dillingham & Murphy, LLP
225 Bush Street, Sixth Floor
7 San Francisco, California 94104
8
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTEO RIOS,<br><br>        Plaintiff,<br><br>  vs.<br><br>J.R. WEST, INC. dba JOHNNY ROCKETS, DOES 1-10<br><br>        Defendant | Case No.: C09-5499 RS<br><br>STIPULATION TO CONTINUE THE DEADLINE TO FILE RENEWED MOTION FOR DEFAULT JUDGMENT |

    Parties through their respective counsel, stipulate as follows :

    1.   On May 12, 2011, a default was entered against Defendant. Docket No. 26.

    2.   On July 27, 2011, Plaintiff filed his Motion for Default Judgment. Docket No. 29. On September 9, 2011, this Court denied Plaintiff's Motion for Default Judgment without prejudice, setting October 24, 2011 as the deadline for Plaintiff to file a renewed motion for default judgment.

    3.   Recently, Defendant through its counsel, contacted Plaintiff's counsel, seeking to set aside the default entered in this case. While Plaintiff did not agree to set aside the default,

Plaintiff is willing to negotiate a settlement before moving to obtain a judgment.  Defendant agrees to engage in settlement negotiations with Plaintiff at this stage.

    4.    As such, parties, through their respective counsel, hereby stipulate that the deadline set by the Court for Plaintiff to file his motion for default judgment be continued.

Dated:  October 24, 2011        By:  /s/  Adam Wang
                                    Adam Wang
                                    Attorney for Plaintiff

DILLINGHAM & MURPHY, LLP

Dated:  October 24, 2011        By:  /s/ Theresa M. Toro
                                    Theresa M. Toro
                                    Attorney for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the deadline for Plaintiff to file a renewed motion for default judgment is hereby continued.  The Case Management Conference currently set for December 1, 2011 remains on calendar.  Parties should file their joint case management statement 7 days prior to the scheduled case management conference.

IT IS SO ORDERED.

Dated:  October  25 , 2011        By: _____
                                    RICHARD SEEBORG
                                    United States District Court Judge