ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 844-4010
Fax: (408) 416-0248

Attorney for Plaintiff

THERESA M. TORO, Bar No. 271022
Dillingham & Murphy, LLP
225 Bush Street, Sixth Floor
San Francisco, California 94104

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTEO RIOS,<br><br>            Plaintiff,<br><br>    vs.<br><br>J.R. WEST, INC. dba JOHNNY ROCKETS, DOES 1-10<br><br>            Defendant | Case No.: C09-5499 RS<br><br>STIPULATION TO CONTINUE THE DEADLINE TO FILE RENEWED MOTION FOR DEFAULT JUDGMENT |

Parties through their respective counsel, stipulate as follows :

1.    On May 12, 2011, a default was entered against Defendant. Docket No. 26.

2.    On July 27, 2011, Plaintiff filed his Motion for Default Judgment. Docket No. 29. On September 9, 2011, this Court denied Plaintiff's Motion for Default Judgment without prejudice, setting October 24, 2011 as the deadline for Plaintiff to file a renewed motion for default judgment.

3.    Recently, Defendant through its counsel, contacted Plaintiff's counsel, seeking to set aside the default entered in this case. While Plaintiff did not agree to set aside the default,

**STIPULATION TO CONTINUE DEADLINE TO FILE RENEWED MOTION FOR DEFAULT JUDGMENT**
Rios v. J.R West Inc.                           1                     Case No.: C09-5499 RS

1  Plaintiff is willing to negotiate a settlement before moving to obtain a judgment.  Defendant
2  agrees to engage in settlement negotiations with Plaintiff at this stage.
3       4.    As such, parties, through their respective counsel, hereby stipulate that the
4  deadline set by the Court for Plaintiff to file his motion for default judgment be continued.

6  Dated:  October 24, 2011           By:  /s/  Adam Wang
                                              Adam Wang
7                                                Attorney for Plaintiff

8                                                DILLINGHAM & MURPHY, LLP

10  Dated:  October 24, 2011           By:  /s/ Theresa M. Toro
                                              Theresa M. Toro
11                                                Attorney for Defendant

13                                   [~~PROPOSED~~] ORDER

14       Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the deadline for Plaintiff
15  to file a renewed motion for default judgment is hereby continued.  The Case Management
16  Conference currently set for December 1, 2011 remains on calendar.  Parties should file their
17  joint case management statement 7 days prior to the scheduled case management conference.
     IT IS SO ORDERED.

19  Dated:  October  25 , 2011           By: _____
20                                                RICHARD SEEBORG
                                              United States District Court Judge