| | |
|---|---|
| DILLINGHAM & MURPHY, LLP<br>CARLA J. HARTLEY (SBN 117213)<br>THERESA M. TORO (SBN 271022)<br>225 Bush Street, Sixth Floor<br>San Francisco, CA, 94104-4207<br>TELEPHONE:(415) 397-2700<br>FACSIMILE: (415) 397-3300<br>cjh@dillinghammuphy.com<br>tmt@dillinghammurphy.com | *E-Filed 11/22/11* |

Attorneys for Defendant
JR WEST, INC.

LAW OFFICES OF ADAM WANG
ADAM WANG, Bar No. 201233
12 South First Street, Suite 708
San Jose, CA, 95113
TELEPHONE:(408) 844-4010
FACSIMILE: (408) 416-0248

Attorney for Plaintiff
ARISTEO RIOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTEO RIOS,<br><br>          Plaintiff,<br><br>v.<br><br>J.R. WEST, INC. dba JOHNNY ROCKETS<br>DOES 1-10<br><br>          Defendants. | Case No.: C09-5499-RS<br><br>[~~PROPOSED~~] ORDER<br>  AS MODIFIED BY THE COURT |

**It is Hereby ordered:**

Pursuant to the stipulation among Plaintiff ARISTEO RIOS and Defendant J.R. WEST, INC., IT

IS HEREBY ORDERED that the Case Management Conference is hereby continued forty five

(45) days to January ~~13~~ 12, 2012.  Parties should file their joint case management statement 7 days

prior to the scheduled case management conference.

**It is so Ordered.**

Dated:   November 21, 2011

By: _[signature]_
RICHARD SEEBORG
United State District Court Judge

Case No.: C09-5499 RS                                                                                  Page No. 1
[~~PROPOSED~~] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE
\