DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
DANIELLE L. TIZOL (SBN 259702)
225 Bush Street, Sixth Floor
San Francisco, CA, 94104-4207
TELEPHONE:(415) 397-2700
FACSIMILE:  (415) 397-3300
cjh@dillinghammuphy.com
dlt@dillinghammurphy.com

Attorneys for Defendant
JR WEST, INC.

LAW OFFICES OF ADAM WANG
ADAM WANG, Bar No. 201233
12 South First Street, Suite 708
San Jose, CA, 95113
TELEPHONE:(408) 844-4010
FACSIMILE:  (408) 416-0248

Attorney for Plaintiff
ARISTEO RIOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ARISTEO RIOS, | Case No.: C09-5499-RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| J.R. WEST, INC. dba JOHNNY ROCKETS DOES 1-10 | |
| Defendants. | |

**It is Hereby ordered:**

Pursuant to the stipulation among Plaintiff ARISTEO RIOS and Defendant J.R. WEST, INC., IT IS HEREBY ORDERED that the deadline for the Parties to complete mediation be extended 30 days until the next scheduled Case Management Conference, June 7, 2012.

**It is so Ordered.**

Dated: April 6, 2011

By: _/s/ Richard Seeborg_
RICHARD SEEBORG
United State District Court Judge

Case No.: C09-5499 RS                                                                                      Page No. 1
[PROP~~OSED~~] ORDER TO EXTEND DEADLINE TO MEDIATE\