IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Aristeo Rios,  No. C 09-05499 RS

        Plaintiffs,  **STANDBY ORDER OF DISMISSAL**

  v.

J.R. West, Inc.

        Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 6, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 12, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 5/18/12

                                                RICHARD SEEBORG
                                                UNITED STATES DISTRICT JUDGE