```
DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
DANIELLE L.TIZOL (SBN 259702)
225 Bush Street, Sixth Floor
San Francisco, CA, 94104-4207
TELEPHONE :(415) 397-2700
FACSIMILE:  (415) 397-3300
cjh@dillinghammuphy.com
dlt@dillinghammurphy.com

Attorneys for Defendant
JR WEST, INC.

LAW OFFICES OF ADAM WANG
ADAM WANG, Bar No. 201233
12 South First Street, Suite 708
San Jose, CA, 95113
TELEPHONE:(408) 844-4010
FACSIMILE:  (408) 416-0248

Attorney for Plaintiff
ARISTEO RIOS
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ARISTEO RIOS,<br><br>        Plaintiff,<br><br>v.<br><br>J.R. WEST, INC. dba JOHNNY ROCKETS DOES 1-10<br><br>        Defendants. | Case No.: C09-5499-RS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT |
|---|---|

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement is GRANTED. The Parties' settlement is APPROVED.

Pursuant to parties' stipulation, IT IS FURTHERED ORDERED that Plaintiff's Complaint be dismissed in its entirety.  This Court retains jurisdiction for the purpose of enforcing the settlement of this case.

**It is so Ordered.**

Dated: ~~July~~ August 3 __, 2012

By: /s/ Richard Seeborg
RICHARD SEEBORG
United State District Court Judge

Case No. C09-5499 RS                                               Page No. 2
[~~PROPOSED~~] ORDER ON JOINT MOTION FOR APPROVAL