```
1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  DANIELLE L.TIZOL (SBN 259702)
   225 Bush Street, Sixth Floor
3  San Francisco, CA, 94104-4207
   TELEPHONE :(415) 397-2700
4  FACSIMILE:  (415) 397-3300
   cjh@dillinghammuphy.com
5  dlt@dillinghammurphy.com

6  Attorneys for Defendant
   JR WEST, INC.

7  LAW OFFICES OF ADAM WANG
   ADAM WANG, Bar No. 201233
8  12 South First Street, Suite 708
   San Jose, CA, 95113
9  TELEPHONE:(408) 844-4010
   FACSIMILE:  (408) 416-0248
10

11 Attorney for Plaintiff
   ARISTEO RIOS
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTEO RIOS, | Case No.: C09-5499-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT |
| v. | |
| J.R. WEST, INC. dba JOHNNY ROCKETS DOES 1-10 | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement is GRANTED. The Parties' settlement is APPROVED.

Pursuant to parties' stipulation, IT IS FURTHERED ORDERED that Plaintiff's Complaint be dismissed in its entirety.  This Court retains jurisdiction for the purpose of enforcing the settlement of this case.

---

Case No. C09-5499 RS
[~~PROPOSED~~] ORDER ON JOINT MOTION FOR APPROVAL

Page No. 1

1  **It is so Ordered.**

2  Dated: ~~July~~ August 3 __, 2012

3  By: _/s/ Richard Seeborg_
   RICHARD SEEBORG
4  United State District Court Judge

---

28  Case No. C09-5499 RS                                        Page No. 2
    [~~PROPOSED~~] ORDER ON JOINT MOTION FOR APPROVAL